**Order filed August 20, 2015**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00378-CR

————————

**ORLANDO SALINAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1313253**

## ORDER

This court's opinion in *Salinas v. State*, 426 S.W.3d 318 (Tex. App.—Houston [14th Dist.] 2014), was reversed and remanded by the Texas Court of Criminal Appeals in *Salinas v. State*, PD-0419-14, 2015 WL 3988955 (Tex. Crim. App. July 1, 2015), and mandate has issued.

The court directs the parties to file any supplemental briefing on or before twenty days from the date of this order. The court specifically requests the parties

to address the application of *Peraza v. State*, PD-0100-15, 2015 WL 3988926 (Tex. Crim. App. July 1, 2015), to this case.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.